**Petition for Writ of Mandamus Denied and Majority and Dissenting Memorandum Opinions filed April 18, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00776-CV

---

## IN RE DENA HALL AND DE'VON BANKETT, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 16-DCV-236116**

---

## MAJORITY MEMORANDUM OPINION

On October 24, 2022, relators Dena Hall and De'Von Bankett filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Tameika Walker, presiding judge of the 400th District Court of Fort Bend County, to vacate a May 4, 2020 "Order of Sale" signed by former Judge Maggie Perez-Jaramillo and void the foreclosure sale of July 7, 2020.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Spain, Poissant and Wilson (Spain, J., dissenting).